DocuSign Envelope ID: 51478E67-8ED3-43CE-806C-FFA63D3EB0AA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOTHAM HALL, LLC<br><br>　　　　　Defendant. | ECF CASE<br><br>No.: 1:19-cv-5644 (KPF) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear his/its own fees and costs.

Dated: October 29, 2019
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
Doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: 11/13/19, 2019
New York, New York

_____
Ilan Weiser
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas
New York, New York 10105
iweiser@egsllp.com
646.895.7107
*Attorneys for Defendant*

{00726859.DOC.4}